FILED

APR 18 2019 LA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **19 CR 336** |
| | ) | |
| v. | ) | Violations: Title 18, United States Code, Sections 922(g)(1) and 924(c); Title 21, United States Code, Section 841(a)(1) |
| | ) | |
| DANTRELL MILTON | ) | |

**JUDGE ALONSO**

**MAGISTRATE JUDGE HARJANI**

### COUNT ONE

The SPECIAL JULY 2018 GRAND JURY charges:

On or about October 29, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

DANTRELL MILTON,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about October 29, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

DANTRELL MILTON,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, namely, a loaded .45 caliber Ruger P345 handgun, bearing serial number 664-76844, which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT THREE

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about October 29, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

DANTRELL MILTON,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about October 29, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

DANTRELL MILTON,

defendant herein, did knowingly possess a firearm, namely, a loaded .45 caliber Ruger P345 handgun, bearing serial number 664-76844, in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Three of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The SPECIAL JULY 2018 GRAND JURY alleges:

1.  Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  The property to be forfeited includes, but is not limited to, a .45 calibe Ruger P345 handgun, bearing serial number 664-76844, and related ammunition..

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY